# EXHIBIT A

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2020__.

**Signature:** _____

Name: __Maricela Marin Santiago__

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto al trabajo que hice en el(los) Estado(s) de __Georgia__, durante el(los) año(s) __2020__.

**Firma:** _____

Nombre: __Maricela Marin Santiago__

19/03/2021

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2020__.

Signature: _____

Name: __Josue Garcia Garcia__

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de __Georgia__, durante el(los) año(s) __2020__.

Firma: __J.G.G__

Nombre: __Josue Garcia Garcia__

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2020__.

Signature: _[signature]_

Name: __David Marin Jose__

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de __Georgia__, durante el(los) año(s) __2020__.

Firma: _[signature]_

Nombre: __David Marin Jose__

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2020__.

**Signature:** _____

Name: __Dionicio Marin Jose__


## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

**YO, POR LA PRESENTE, DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de __Georgia__, durante el(los) año(s) __2020__.

**Firma:** _____

Nombre: __Dionicio Marin Jose__

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2020__.

Signature: _____

Name: __Moises Sarimento Jose__

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto a trabajo que hice en el(los) Estado(s) de __Georgia__ durante el(los) año(s) __2020__.

Firma: _____

Nombre: __Moises Sarimento Jose__

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2021__.

Signature: _____

Name: _____

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de __Georgia__ durante el(los) año(s) __2021__.

Firma: _Elizabeth_____

Nombre: _Canales_____

10-5-21

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia  during the year(s)  2021  .

Signature: _____

Name    Sara Canales Centeno

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

YO POR LA PRESENTE DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de  Georgia  el(los) año(s)  2021  .

Firma: _____

Nombre    Sara Canales Centeno

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of  Georgia   during the year(s) 2021  .

Signature: _____

Name   Ibragit Cortes Almanza

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de  Georgia   durante el(los) año(s) 2021  .

Firma:  _Ibragit C. 10-4-21_

Nombre   Ibragit Cortes Almanza

## NOTICE OF CONSENT TO SUE

**I HEREBY CONSENT** to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of _Georgia_ during the year(s) _2021_.

Signature: _[signed] Garcia_

Name: Jesus Garcia Canales

## NOTICIA DE CONSENTIMIENTO PARA DEMANDAR

**YO POR LA PRESENTE DOY CONSENTIMIENTO** a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Acta de Normas Justas e Iguales con respecto a trabajo que hice en el Estado(s) de _Almce Georgia_ durante el(los) año(s) _2021_.

Firma: _[signed] Garcia_

Nombre: Jesus Garcia Canales