UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARICELA MARIN-SANTIAGO,  )
JOSUE GARCIA-GARCIA,            )
DAVID MARIN- JOSE,               )
DIONICIO MARIN-JOSE, MOISES )
SARMIENTO-JOSE, ELIZABETH  )
CANALES-CENTENO, SARA        )
CANALES-CENTENO, IBRAGIT   )
CORTES-ALMAZA, JESUS          )
GARCIA-CANALES,                   )          Civil Action No.: 5:21-CV-00061-LGW-BWC
                                            )
     Plaintiffs,                        )
                                            )
v.                                          )
                                            )
GUMARA CANELA, DANIEL      )
CANELA, D. CANELA                 )
RESOURCES, LLC and ISMAEL  )
PEREZ,                                     )
                                            )
     Defendants.                    )

**DEFENDANT ISMAEL PEREZ'S 12(B) (5) MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS, OR IN THE ALTERNATIVE FOR CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT ISMAEL PEREZ TO ANSWER PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW the Defendant, Ismael Perez (hereinafter "Perez"), by and through his undersigned counsel of record, and moves this Court to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(5) for Insufficiency of Service of Process, as Perez was not personally served. Rather, his son of the same name was served at his son's residence, a residence where Perez has never resided. This does not satisfy any of the methods prescribed by FRCP 4(e) for service of an individual residing within a judicial district of the United States, and thus does not constitute legally sufficient service upon Perez.

1

. In the alternative, should the Court deny Perez's Motion to Dismiss, Perez moves this Court for an Enlargement of Time for Perez to File his Answer to Plaintiffs' Amended Complaint.

Perez is authorized by Plaintiffs' Counsel to state to the Court that, while Plaintiffs oppose Perez's Motion to Dismiss, Plaintiffs' consent to the alternative relief sought by Perez of extending the time to file his Answer to Plaintiff's Amended Complaint until February 7, 2022 or such other date as the Court deems appropriate. In support of his Motion, Perez tenders the Affidavit of Ismael Perez[1] and his supporting brief.

This 23rd day of December, 2021.

Respectfully Submitted,

BRENNAN & WASDEN, LLC


By:/s/ William E. Dillard, III
William E. Dillard, III
Georgia Bar No. 222030
*Attorney for Ismael Perez*

Post Office Box 8047
Savannah, Georgia 31412
bdillard@brennanwasden.com
912-232-6700
912-232-0799 (facsimile)

---

[1] The Declaration of Mr. Perez is executed by him in Spanish, as he does not speak English. For the Court's ease of reference, Mr. Perez has also executed an English translation of his Declaration which is also filed herewith.

## CERTIFICATE OF SERVICE

I, William E. Dillard, III, the undersigned counsel for Ismael Perez, do hereby certify that I have this day served the following counsel of record with a copy of **Defendant Ismael Perez's 12(B) (5) Motion to Dismiss for Insufficiency of Service of Process, or in the Alternative for Consent Motion for Enlargement of Time for Defendant Ismael Perez to Answer Plaintiffs' Amended Complaint**, via electronic filing and email addressed as follows:

> Juan Alberto Barragan-Rangel
> Solimar Mercado-Spencer
> Lisa J. Krisher
> Georgia Legal Services Program
> 104 Marietta Street NW, Suite 250
> Atlanta, GA  30303
> jbarragan@glsp.org
> smercado-spencer@glsp.org
> lkrisher@glsp.org
> *Attorneys for Plaintiffs*

This 23rd day of December, 2021.

BRENNAN & WASDEN, LLC

By:      /s/ William E. Dillard, III
    William E. Dillard, III
    Georgia Bar No. 222030
    *Attorney for Ismael Perez*

Post Office Box 8047
Savannah, Georgia 31412
912-232-6700
912-232-0799 (facsimile)