UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARICELA MARIN-SANTIAGO, <br> JOSUE GARCIA-GARCIA, <br> DAVID MARIN- JOSE, <br> DIONICIO MARIN-JOSE, MOISES <br> SARMIENTO-JOSE, ELIZABETH <br> CANALES-CENTENO, SARA <br> CANALES-CENTENO, IBRAGIT <br> CORTES-ALMAZA, JESUS <br> GARCIA-CANALES, <br><br> Plaintiffs, <br><br> v. <br><br> GUMARA CANELA, DANIEL <br> CANELA, D. CANELA <br> RESOURCES, LLC and ISMAEL <br> PEREZ, <br><br> Defendants. | Civil Action No.: 5:21-CV-00061-LGW-BWC |

### DECLARATION OF ISMAEL PEREZ, SR.

Ismael Perez, Sr. states:

1. My name is Ismael Perez, Sr. If called to testify, I would testify substantially as follows based on my personal knowledge.

2. My son is Ismael Perez, Jr. He lives at 315 Main Street S, Pearson, Georgia 31642.

3. I do not live at 315 Main Street S, Pearson, Georgia 31642. I have never lived at this address.

4. Recently, my son received a copy of a summons and complaint intended for me at 315 Main Street S, Pearson, Georgia 31642.

5. My son is not authorized to receive service of process for me.

6. I have never received a copy of a summons and complaint in this matter from Plaintiffs.

7. This declaration consists of 7 paragraphs. Further Declarant sayeth not.

Dated: December 22, 2021

I declare that the foregoing is true and correct under the penalty of perjury.

*Ismael Perez*
Ismael Perez, Sr.

Don Ismael Perez, Sr., declara:

1. Mi nombre es Ismael Perez, Sr. Si me llamaran a testificar, lo haría sustancialmente de la siguiente manera con base a mi conocimiento personal.

2. Mi hijo es Ismael Perez, Jr. El vive en 315 Main Street S, Pearson, Georgia 31642.

3. Yo no vivo en 315 Main Street S, Pearson, Georgia 31642. Nunva he vivido en esta dirección.

4. Recientemente, mi hijo recibió una copia de unos citatorios y una demanda dirigidos a mi en la dirección 315 Main Street S, Pearson, Georgia 31642.

5. Mi hijo no esta autorizado para recibir demandas o notificaciones oficiales por mi.

6. Nunca he recibido de los demandantes una copia del citatorio y de la demanda en este asunto.

7. Esta declaración contiene 7 parrafos y el declarante no hizo declaraciones adicionales.

Fechada: 22 de Diciembre de 2021

Declaro que lo arriba mencionado es verdadero y correcto bajo pena de perjurio

*Ismael Perez*
Ismael Perez, Sr.

3