# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARICELA MARIN-SANTIAGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUMARA CANELA, et al., <br><br> Defendants. | Civil Action No.: 5:21-CV-00061-LGW-BWC |

**DECLARATION OF JUAN BARRAGAN-RANGEL IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT ISMAEL PEREZ'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE**

I, Juan Alberto Barragan-Rangel, under oath do hereby state the following under penalty of perjury:

1. I am an attorney at law, duly licensed to practice before Georgia courts and before the United States District Court for the Southern District of Georgia.

2. I, along with Solimar Mercado-Spencer, Lisa J. Krisher, and the Georgia Legal Services Program, represent the Plaintiffs in this action.

3. On December 10, 2021, Attorney Wendel Hall called me to say he represented Defendant Perez in this action and was arranging local counsel.

4. On December 12, 2021, I e-mailed Mr. Hall a proposed motion to extend the Rule 26(f) discovery deadlines and requested his client's position on the motion.

5. On December 17, 2021, I again e-mailed Mr. Hall to ask his client's position on the proposed extension of the Rule 26(f) discovery deadlines. Mr. Hall responded that Defendant Perez took no position towards the motion.

6. On December 22, 2021, I spoke with Mr. Hall over the phone. Mr. Hall stated that Defendant Perez had not been properly served because Perez did not reside with his son at the 315 Main St. address. When I asked for Mr. Perez's correct home address, Mr. Hall responded that he did not know.

7. On December 22, 2021, Mr. Hall followed our call with an e-mail stating that Perez intended to file a Motion to Dismiss with, as alternative relief, a deadline to file an answer or other response on February 7, 2022, or other date set by the Court. I replied that Plaintiffs opposed Defendant's Motion to Dismiss but did not oppose the alternative relief to file an answer or other response on February 7, 2022, or other date set by the Court.

I DECLARE UNDER THE PENALTIES OF PERJURY that the foregoing declaration is true and correct, to the best of my knowledge and belief.

Respectfully submitted this 5th day of January 2022,

/s/ *Juan Alberto Barragan-Rangel*
Juan Alberto Barragan-Rangel
Lead Counsel

Georgia Bar No.: 421897
E-mail: jbarragan@glsp.org
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA 30303
Phone: (404) 463-1633
Fax:    (404) 463-1623