To whom it May Concern: 01/21/22.

I, Daniel Canela am writing in response to Civil Action NO.: 5:21-cv-00061-LGW-BWC. I am currently incarcerated in Coffe County Jail. I find that accusation made against myself as being manager or having any control over D. Canela Resources to be lawfully untrue, as I have no say so in Regards to the Company or how any of the business is handled. In actuality, I am employed under KNB farms as a driver. I am responsible for (and only for) transporting blueberries from the farms to the Packing Plant. Also, I work in the Field Just as any other worker. I am not entitled, nor do I act as though, to hire, fire, house, or have any control over the other employees.

nor do I have anything to do with the way D. Canela Resources or KNB farms handles any business pertaining to employees. I myself am considered to be Just another employee and Can Provide documentation to Prove that this is the truth.

Taking that into consideration, I am ready to Proceed with this case.

Thanks for your concern, Daniel Canela Diaz.

10767
Coffe County Jail.



Daniel Canela
Coffe County Jail
625 Thompson Dr.
Douglas, GA. 31535

JACKSONVILLE FL 320
27 JAN 2022 PM 4 L

US COURTS
SOUTHERN DISTRICT
PO BOX 8286
SAVANNAH, GA 31412