# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARICELA MARIN-SANTIAGO, JOSUE GARCIA-GARCIA, DAVID MARIN-JOSE, DIONICIO MARIN-JOSE, MOISES SARMIENTO-JOSE, ELIZABETH CANALES-CENTENO, SARA CANALES-CENTENO, IBRAGIT CORTES-ALMANZA, and JESUS GARCIA-CANALES,<br><br>Plaintiffs,<br><br>v.<br><br>GUMARA CANELA, DANIEL CANELA, D. CANELA RESOURCES, LLC, and ISMAEL PEREZ,<br><br>Defendants. | Civil Action No.: 5:21-cv-00061-LGW-BWC |

### DECLARATION OF JUAN BARRAGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL STAY

I, Juan Alberto Barragan-Rangel, under oath do hereby state the following under penalty of perjury:

1. I am an attorney at law, duly licensed to practice before Georgia Courts and the United States District Court for the Southern District of Georgia.

2. I, along with Solimar Mercado-Spencer, Lisa J. Krisher, and the Georgia Legal Services Program, represent the Plaintiffs in this Action.

3. On May 06, 2021, the Georgia Legal Services Program, on behalf of Plaintiff Maricela Marin-Santiago, filed Charge of Discrimination number 410-2021-04237 with the Equal Employment Opportunity Commission ("EEOC") against Defendants Gumara Canela and

D. Canela Resources, LLC. The charge of discrimination arises out of the same period of employment that is the subject of Plaintiffs' Amended Complaint. (Doc. 5)

4. On November 30, 2021, the Georgia Legal Services Program, on behalf of Plaintiffs Sara Canales-Centeno and Elizabeth Canales-Centeno, filed Charges of Discrimination numbers 410-2022-01388 and 410-2022-01377, respectively, with the EEOC against Defendants Gumara Canela and D. Canela Resources, LLC. The charges of discrimination arise out of the same period of employment that is the subject of Plaintiffs' Amended Complaint. (*Id.*)

5. The EEOC's investigation of the aforementioned charges of discrimination remains open. As such, the EEOC has not issued a Notice of Right to Sue for any of the listed charges.

6. Plaintiffs' counsel believes that it is in the best interest of Plaintiffs to allow the EEOC to complete their investigations of this matter.

Respectfully submitted this 21st day of March 2022.

*/s/ Juan Alberto Barragan-Rangel*
Juan Alberto Barragan-Rangel
Georgia Bar No.: 421897

Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA 30303
E-mail: jbarragan@glsp.org
Phone: (404) 463-1633
*Attorney for Plaintiffs*