**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| MARICELA MARIN-SANTIAGO, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 5:21-cv-61 |
| v. | |
| GUAMARA CANELA, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Plaintiffs' Motion to Stay.  Doc. 40.  No Defendant has responded, and the time to do so has expired.  Plaintiffs ask the Court to stay this case, except for their ability to seek leave to amend their Amended Complaint, based on 18 U.S.C. § 1591(b)(1).  Section 1595(b)(1) provides, "Any civil action filed under subsection (a) [of § 1595] shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim."  This case involves allegations under 18 U.S.C. § 1595.  Doc. 5 at 30–32.  Plaintiffs further explain the criminal action in <u>United States v. Patricio</u>, No. 5:21-cr-9 (S.D. Ga. Oct. 5, 2021), in which Plaintiffs are the victims, arises out of the same occurrence as the instant suit.  Doc. 40 at 4.  Finally, Plaintiffs explain they need a carve out for their ability to seek leave to file a second Amended Complaint because of certain Equal Employment Opportunity Commission ("EEOC") deadlines.  <u>Id.</u> at 3.

Plaintiffs' Motion is due to be granted under the plain and mandatory language of 18 U.S.C. § 1591(b)(1).  <u>See</u> <u>Tianming Wang v. Gold Mantis Constr. Decoration (CNMI)</u>, No. 1:18-cv-30, 2020 WL 5983939, at *2 (D.M.I. Oct. 9, 2020) (citing <u>Plaintiff A. v. Schair</u>, 744 F.3d

1247, 1254 (11th Cir. 2014)).  Moreover, no Defendant has opposed Plaintiffs' Motion; thus,

Plaintiffs' Motion to Stay is due to be granted as unopposed under Local Rule 7.5 ("Failure to

respond within the applicable time period shall indicate that there is no opposition to a motion.").

 Accordingly, the Court **GRANTS** Plaintiffs' Motion and **STAYS** this case while the

criminal proceedings in <u>United States v. Patricio</u> remain pending.  However, this stay will not

prevent Plaintiffs from seeking leave to amend their Amended Complaint.  Within 14 days of the

conclusion of the proceedings in <u>United States v. Patricio</u>, Plaintiffs shall confer with Defendants

and submit an amended Rule 26(f) Report.  The Court **DIRECTS** the Clerk of Court to terminate

the parties' current Rule 26(f) Report, doc. 41.

 **SO ORDERED**, this 12th day of April, 2022.


_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA